No. 320. EL PUEBLO v. SIMONS.

No. 327. EL PUEBLO v. PÉREZ.

No. 328. EL PUEBLO v. CECILIO.

No. 318. EL PUEBLO v. LÓPEZ.

No. 326. EL PUEBLO v. CASANOVA.

No. 322. EL PUEBLO v. TORRES.

No. 325. EL PUEBLO v. ORTIZ.

No. 321. EL PUEBLO v. CRUZ.

No. 330. EL PUEBLO v. BERMÚDEZ.

No. 319. EL PUEBLO v. DÍAZ.

No. 324. EL PUEBLO v. SÁNCHEZ.

Apelaciones procedentes de la Corte de Distrito de Humacao. Resueltos en marzo 27, 1911. Revocadas las sentencias condenatorias dictadas en dichos casos por los fundamentos de la opinión de este tribunal en el caso de *El Pueblo* v. *Villafaña,* resuelto en marzo 24, 1911. Abogado de los apelantes: *Sr. Manuel Tous Soto.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 338. EL PUEBLO v. ABELLA.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en abril 6, 1911. Confirmada la sentencia apelada. Abogado del · apelante: *Sr. Severo Abella Bastón.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 33. EX PARTE VILAR.—Solicitud presentada al Juez Asociado Sr. Aldrey para que se expida mandamiento de *habeas corpus.* Resuelto en abril 8, 1911. Con lugar la solicitud. Abogado del peticionario: *Sr. Rafael López Landrón.* Abogado de la parte opositora: *Sr. Jesús M. Rossy, Fiscal.*

---

